UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANA DAWN BROWN, | Case No. CV-24-049-M-KLD |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.

     Dated this 18th day of September, 2024.

               TYLER P. GILMAN, CLERK

               By: /s/ Annie Puhrmann
               Annie Puhrmann, Deputy Clerk